UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chad L. Gee,

    Plaintiff,

    v.                                     Case No. 2:19–cv–5009

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.                       Magistrate Judge Jolson

## OPINION AND ORDER

On July 15, 2020, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court overrule Plaintiff's Statement of Specific Errors and affirm the Commissioner of Social Security's ("Commissioner") decision. ECF No. 15.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 16. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in favor of the Commissioner and terminate this case.

    IT IS SO ORDERED.

                                                */s/ Michael H. Watson*
                                                **MICHAEL H. WATSON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**